FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JUN 24 2014
SEAN F. McAVOY, CLERK
DEPUTY
SPOKANE, WASHINGTON

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District | |
|---|---|---|
| Name (under which you were convicted): Paul Edward Hines | | Docket or Case No.: CR-03-2023-FVS |
| Place of Confinement: Federal Prison Camp 3705 W Farm Rd Lompoc, CA 93436 | | Prisoner No.: 10660-085 |
| UNITED STATES OF AMERICA | v. | Movant (include name under which you were convicted) Paul Edward Hines |

**MOTION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: United States District Court, Eastern District of Washington, Yakima WA

   (b) Criminal docket or case number (if you know): CR-03-2023-FVS

2. (a) Date of the judgment of conviction (if you know): 5-28-2004

   (b) Date of sentencing: 5-6-2004

3. Length of sentence: 180 months

4. Nature of crime (all counts): Felon in possession of a firearm
False statement in acquisition of a firearm

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐ (2) Guilty ☒ (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? ______

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☐ Judge only ☐

RECEIVED
JUN 23 2014
CLERK, U.S. DISTRICT COURT
SPOKANE, WASHINGTON

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☒

8. Did you appeal from the judgment of conviction? Yes ☒ No ☐

9. If you did appeal, answer the following:

(a) Name of court: 9th cicuit of appeals ~~Eastern District of Washington~~

(b) Docket or case number (if you know): ~~CR-03-2023-FVS~~ 04-30236

(c) Result: Sentence and conviction affirmed

(d) Date of result (if you know): 9-21-2005

(e) Citation to the case (if you know): 149FAPPX681

(f) Grounds raised: I was not an armed carrer crimal because my burgleries didn't count.

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☒ No ☐

If "Yes," answer the following:

(1) Docket or case number (if you know): 05-8584

(2) Result: denied

(3) Date of result (if you know): 2-21-2006

(4) Citation to the case (if you know): 546US1200

(5) Grounds raised: I was not an armed carrer crimanal

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☒ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Eastern district of Washington

(2) Docket or case number (if you know): 03-2023-FVS

(3) Date of filing (if you know): 3-31-2008

(4) Nature of the proceeding: motion to reduce sentence

(5) Grounds raised: 18 USC 3582 C 2

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☒

(7) Result: denied ~~as~~

(8) Date of result (if you know): 11-24-2008

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☐

(7) Result: ______

(8) Date of result (if you know): ______

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☒ No ☐

(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: ______

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** I was sentenced as an armed career criminal which was in excess of the statutory maximum.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): my prior three second degree burglerys convictions are not violent felonies. The supreme court made this clear in Descamps so my sentence is a fundamental miscarage of justice.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: It's a newly recognized right and it wasn't available before.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

**GROUND TWO**: ______

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

______________________________________________________________________

______________________________________________________________________

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: ____________________

______________________________________________________________________

______________________________________________________________________

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑ No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ____________________________________________

Name and location of the court where the motion or petition was filed: ____________________

______________________________________________________________________

Docket or case number (if you know): ____________________________________

Date of the court's decision: __________________________________________

Result (attach a copy of the court's opinion or order, if available): ____________________

______________________________________________________________________

______________________________________________________________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________________________

______________________________________________________________________

Docket or case number (if you know): ____________________________________

Date of the court's decision: __________________________________________

Result (attach a copy of the court's opinion or order, if available):____________________

______________________________________________________________________

______________________________________________________________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

**GROUND THREE:** ______

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ______

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: ______

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑ No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________

Docket or case number (if you know): ______________________

Date of the court's decision: ______________________

Result (attach a copy of the court's opinion or order, if available): ______________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______________________

**GROUND FOUR**: ______________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ______________________

______________________________________________

______________________________________________

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: ______________

______________________________________________

______________________________________________

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑ No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______________

Name and location of the court where the motion or petition was filed: ______________

______________________________________________

Docket or case number (if you know): ______________

Date of the court's decision: ______________

Result (attach a copy of the court's opinion or order, if available): ______________

______________________________________________

______________________________________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑ No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________

______________________________________________

______________________________________________

Docket or case number (if you know): ______________

Date of the court's decision: ______________

Result (attach a copy of the court's opinion or order, if available): ______________

______________________________________________

______________________________________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

13. Is there any ground in this motion that you have not previously presented in some federal court? yes
If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Because it's a new right not previously available.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐ No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: don't know
(b) At arraignment and plea: Ben Hernandez
306 East Chestnut Avenue Yakima Washington 98901
(c) At trial: ______
(d) At sentencing: Ben Hernandez
306 East Chestnut Avenue Yakima Washington 98901

(e) On appeal: ________________________________

(f) In any post-conviction proceeding: ________________________

(g) On appeal from any ruling against you in a post-conviction proceeding: ____________

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ________________________

(b) Give the date the other sentence was imposed: ________________

(c) Give the length of the other sentence: ________________

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* Sub section 3 applies because Descamps wes deceided June 20th 2013.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.