MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
SHAWN N. ANDERSON
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-03-2023-FVS |
| Plaintiff, | |
| v. | GOVERNMENT'S RESPONSE TO MOTION TO STAY PROCEEDINGS |
| PAUL E. HINES, | |
| Defendant. | |

The Plaintiff, the United States of America, by and through its Attorney for the Eastern District of Washington, Michael C. Ormsby, and Shawn N. Anderson, Assistant United States Attorney for the Eastern District of Washington, hereby responds to Defendant's Motion to Stay Proceedings (ECF No. 121). The government has no objection to a stay of proceedings as to the Defendant's pending motion under 28 U.S.C. § 2255 (ECF No. 111). The government reserves the right to fully respond to any briefing on the pending motion once the stay is lifted.

Respectfully submitted this 17th day of October, 2014.

MICHAEL C. ORMSBY
United States Attorney

s/Shawn N. Anderson
SHAWN N. ANDERSON
Assistant United States Attorney

RESPONSE TO MOTION TO
STAY PROCEEDINGS - 1

1

<u>Certification</u>

2

I hereby certify that on October 17, 2014, I electronically filed the foregoing with the Clerk

3

of the Court using the CM/ECF System which will send notification of such filing to the following:

4

Matthew Campbell, attorney for the Defendant.

5

6

7

8

s/Shawn N. Anderson
Shawn N. Anderson
9
Assistant United States Attorney
United States Attorney's Office
10
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
11
Phone: (509) 454-4425

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPONSE TO MOTION TO
STAY PROCEEDINGS - 2