FILED

NOV 20 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAUL E. HINES, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | No. 15-73338 <br><br> D.C. No. 2:03-cr-02023-SAB <br> Eastern District of Washington, <br> Spokane <br><br> ORDER |

Before:    TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

The unopposed emergency motion for authorization to file a second or successive 28 U.S.C. § 2255 motion in the district court is granted.

The Clerk shall serve this order, the application, and the response directly on the chambers of the Honorable Stanley A. Bastien.

Any pending motions are denied as moot.

No further filings will be entertained in this case.